Honorable District Clerk
    Donna Kay McKinney
Justice Center Tower
300 Dolorosa St. ste 217
San Anto Tx 78205
        Attn: 186th Judicial Court
                Bexar County
                Case No. 2013-CR-6658
                Court of Appeals No. 04-14-00412-CR

11 Aug 2015

33,162-15

Honorable County Clerk
    Gerard Rickhoff
Bexar County Courthouse
100 Dolorosa, Ste. 104
San Anto, Tx 78205-3083
        Attn County Court No 5
                Bexar County
                Case No. 307125
                Court of Appeals No. 04-14-00555-CR

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 17 2015

Abel Acosta, Clerk

Honorable Fourth Court of Appeals Clerk
    KEITH E. Hottle
CADENA-REEVES JUSTICE CENTER
300 Dolorosa, Suite 3200
San Anto, Tx 78205-3037

RE: "Inability to File Habeas Corpus"
    "Access to Court Violations" &
    Denial of documents.

Robert Martinez
TDCJ-ID No. 1931397
Lopez State Jail
1203 EL Cibolo Rd
Edinburg, Tx 78542

VIA U.S MAIL
    Greetings:

I Am preparing several challenges to my unlawful convictions and will seek redress for violations of my constitutional rights. I have encounter repeated serious access to court violations and due process violations

I have requested in Good Faith for specific documents necessary to prove beyond a preponderance of evidence in my attempt to file additional Writ of Habeas Corpus claims

I have not received the necessary documents or even one single response from the District Clerk's Office. In a last ditch effort I make Notice to All the above Captioned Court clerks.

I seek papers I filed in the above captioned cases. Specifically, I mailed for filing approximately (20) twenty plus Bexar County Adult Detention Center 'BCADC' step1, Grievances and the subsequent Appeals. These Grievances addressed and made Notice of the repeated Access to Court violations. Including the 'BCADC' mail handling the arbitrary and ~~caprious~~ capriciouly clerk Fling of documents, the meaningless law library writ room access, lost and missing papers, prison officials

mishandling of legal papers, made to become illogical in order and disarrayed, even lost, the No contact with counsel and other violations.

The papers I filed were in part both in Case No 2013-CR-6698, 186th Bexar County. I believe within my Motion for New Trial. Additionally papers filed in case No 307125, County Court No 5, Bexar County.

I am in Need of these legal documents for filing my Habeas Corpus pursuant to Article 11 of the Texas Code of Criminal Procedure. This request is time sensative with state and federal tolling statues

My mother is on a tight fixed social security benefit income. She is 67 years old. I have been advised she has purchased for $50 a C.D with my appeal papers for D.W.I case No 2013-CR-6698.

I am a Citizen of the State of Texas. I have filed verified inability to pay the cost affidavits. I have mailed request after request. I have mailed self addressed stamped envelopes and Not one response from the District Clerks office. I am fortunate that the County Clerk has provided some papers but not all.

I believe the Constitution was framed to give equal access to the courts even indigent individuals as myself. The refusal to provide these Access to Court papers continue to impede my legal filing.

I make Notice to the Fourth Court of Appeals and the Honorable Court of Appeals of Texas Clerk, Abel Acosta, Austin Texas. I need these and other specific documents which I have requested, Asked for the purchase price, mailed envelopes and have not been able to receive or open-up communications with the Honorable District Clerk, Donna Kay McKinney, Bexar County.

I do not wish my Habeas to continue to protract itself and wish to address the grounds I believe I am entitled to.

It is truely A sad situation of indigent individuals and the inability to gain equal and fair access to the courts.

I Remain
In Hoc

ENC: UNSWORN Declaration
CC: file
CC: Abel Acosta Clerk
    Austin Texas

# UNSWORN DECLARATION BY INMATE

I, Robert Martinez, TDCJ ID No 1931397 being presently incarcerated in the Texas Dept. of Criminal Justice, Lopez State Jail, Hidalgo County, Texas declare under Penalty of Perjury that the above and foregoing instrument is true and correct to the best of my ability

Signed on this the 11 day of August, 2015

